

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

Alex Silagi
Assistant United States Attorney
Deputy Chief, Civil Division

970 Broad Street, Suite 700
Newark, NJ 07102
alex.silagi@usdoj.gov

main: (973) 645-2700
direct: (973) 353-6001
fax:  (973) 297-2010

January 16, 2026

**BY ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
2 Federal Square
Newark, NJ 07101

    Re:   *Reyes Guzman v. Bondi,* No. 25-17067
           **Request for Extension of Deadline to File Declaration**

Dear Judge Farbiarz:

    This Office represents Respondents in this habeas matter. We write to confirm that Petitioner's counsel consents to Respondents' request for a seven-day extension of the deadline from January 20 to January 27 by 10 a.m. Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          TODD BLANCHE
                                          U.S. Deputy Attorney General

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 1/20/26

↳ (As previously conveyed by chambers to the parties. — MEF)

                                          JORDAN FOX
                                          Chief of Staff &
                                          Associate Deputy Attorney General
                                          Special Attorney

                            By:   *s/ Alex Silagi*
                                    ALEX D. SILAGI
                                    Assistant United States Attorney
                                    Deputy Chief, Civil Division
                                    *Attorneys for Respondents*

cc:      Counsel of record (by ECF)